IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FONDA S. JONES, on behalf
of herself and her two minor
children, Lindsey Jones and
Carl Jones                                              PLAINTIFF

       v.        Civil No. 06-5045

DEPUTY STEVE SPANN, BENTON
COUNTY, ARKANSAS, SHERIFF'S
DEPARTMENT, in his individual
capacity                                                DEFENDANT

### O R D E R

Now on this 25th day of October, 2006, comes on for consideration plaintiff's **Motion To Dismiss With Prejudice** (document #4), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**